8678.   McDonald *v.* Kimball. Company, Incorporated.

Broyles, P. J.   The motion for a new trial embraced only the usual general grounds. The evidence amply warranted the verdict, and the court did not err in refusing to grant a new trial.
          *Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*
                    Decided July 25, 1917.

Affidavit of illegality; from Richmond superior court—Judge Henry C. Hammond. January 15, 1917.

*W. Inman Curry,* for plaintiff in error.

*Paul T. Chance, C. H. & R. S. Cohen,* contra.

---

8682.   Sapp *v.* Buxton.

Broyles, P. J.   This being a writ of error from the municipal court of Macon, under the ruling in *Griffin* v. *Sisson,* 146 *Ga.* 661 (92 S. E. 278), s. c. 19 *Ga. App.* 828 (92 S. E. 558), the Court of Appeals is without jurisdiction; and the bill of exceptions is accordingly
          *Dismissed. Jenkins and Bloodworth, JJ., concur.*
                    Decided July 25, 1917.

Complaint; from municipal court of Macon—Judge Chambers. November 13, 1916.

*Charles H. Garrett,* for plaintiff in error.

*Hardeman, Jones, Park & Johnston,* contra.